### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA FELTS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARK POTOMAC d/b/a SEQUOIA RESTAURANT,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:21-cv-00656-TJK<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR SETTLEMENT APPROVAL**

　　　　Plaintiffs Rebecca Felts, Gustavo Brazil, Charlee Hyatt, Joseph Jones, Tomiko Pilson, Patrick Vicencio, and Robert W. Weinrob ("Plaintiffs"), jointly with Defendant, Ark Potomac Corp. d/b/a Sequoia Restaurant (collectively, the "Parties) hereby submit this Joint Motion for Settlement Approval. For the reasons set forth in the attached Memorandum of Law and exhibits, the proposed settlement is fair and reasonable and should be approved. The signed Settlement Agreement (**Exhibit 1**) and a supporting declaration from Plaintiffs' Counsel Molly A. Elkin (**Exhibit 2**) are attached hereto, as is a Proposed Stipulation of Dismissal with Prejudice (**Exhibit 3**).

　　　　Specifically, the Parties respectfully request that this Court enter an Order approving the settlement reached by the Parties in this action as embodied in their Settlement Agreement as fair, reasonable, and adequate. Plaintiffs also request that, upon approval of the settlement, this Court "So Order" the Parties' Stipulation of Voluntary Dismissal with Prejudice, in accordance with the Parties' Settlement Agreement.

Dated: September 17, 2021

Respectfully submitted,

/s/ Molly A. Elkin
Molly A. Elkin (D.C. Bar No. 450295)
Sarah M. Block (D.C. Bar No. 1026577)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave. NW
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
Facsimile: (202) 452-1090
mae@mselaborlaw.com
smb@mselaborlaw.com

*Counsel for Plaintiffs*

/s/ Amanda M. Fugazy
Amanda M. Fugazy (D.C. Bar No. 1722833)
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Phone: (212) 370-1300
Facsimile: (212) 370-7889
afugazy@egsllp.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document and exhibits were electronically filed on September 17, 2021 using this Court's CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ *Molly A. Elkin*
Molly A. Elkin