UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REBECCA FELTS et al.,

    *Plaintiffs*,

v.

ARK POTOMAC CORPORATION d/b/a SEQUOIA RESTAURANT,

    *Defendant*.

Civil Action No. 21-656 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum, it is hereby **ORDERED** that the Joint Motion for Settlement Approval, ECF No. 18, is **GRANTED**. The Settlement Agreement, ECF No. 18-2, is **APPROVED**, and the terms of the settlement are expressly incorporated into this Order. This action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: December 21, 2021